# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DUSTLESS DEPOT, LLC, a Utah limited liability company; and LOVE-LESS ASH COMPANY, INC. d.b.a. DUSTLESS TECHNOLOGIES, a Utah corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLIED DIAMOND TOOLS LLC, an Illinois limited liability company; and DOES 1 through 10,<br><br>Defendants. | **STIPULATED ORDER RE: DISMISSAL**<br><br>Case No.: 2:15-CV-180 TS<br><br>Judge: Ted Stewart |

## ORDER

THE COURT, having considered the Parties' STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a), and finding good cause, therefore:

IT IS HEREBY ORDERED that the Stipulated Motion is granted. This action and any and all claims asserted by any party to this action against another party to this action are hereby dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

DATED: October 22, 2015.

_____
Ted Stewart
United States District Court Judge

**APPROVED AS TO FORM:**

DATED: October 21, 2015          CLEGG, P.C.

                                 */s/ Perry S. Clegg*
                                    Perry S. Clegg

                                 *Attorney for Plaintiffs,*
                                 *Dustless Depot, LLC and*
                                 *Love-Less Ash Company, Inc.*

DATED: October 20, 2015          KIRTON McCONKIE

                                 */s/ Todd E. Zenger*
                                    Todd E. Zenger

                                 *Attorney for Defendant*
                                 *Applied Diamond Tools LLC*